**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**WILLIAM MILLER,**

**Petitioner,**

**vs.** **4:03-CV-313-SPM**

**DEPARTMENT OF CORRECTIONS,**

**Respondent.**
**_________________________________/**

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 22) dated August 31, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed to date.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 22) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1) is hereby *denied*.

3. This case is *dismissed with prejudice.*

**DONE AND ORDERED** this twenty-sixth day of September, 2006.

s/ Stephan P. Mickle

Stephan P. Mickle
United States District Judge